United States District Court
Middle District of Florida
Jacksonville Division

**ZACHARY C. ENYART,**

    **Plaintiff,**

v.                                                                                          NO. 3:24-cv-264-LLL

**VALOR INTELLIGENT
PROCESSING, LLC,**

    **Defendant.**
_____

**Order of Dismissal**

Before the Court is a Notice of Settlement indicating the parties have agreed to settle all pending claims and that the parties will voluntarily dismiss this matter with prejudice according to the settlement agreement. Doc. 20. The parties ask the Court to retain jurisdiction for 60 days so the parties can file the requested documents. *Id.*

It is **ordered**:

1. This action is **dismissed without prejudice**, but the Court retains jurisdiction over this matter for the next 60 days;

2. Any party may move this Court, within that 60 days to enter a dismissal with prejudice, a stipulated form of final order or judgment, a motion for preliminary approval or on good cause shown, to reopen this case for further proceedings;

3. The hearing previously set for October 10, 2024, at 10:00 a.m. is **cancelled**; and

4. The Clerk of the Court is directed to **terminate** all pending motions and **close** this case.

**Ordered** in Jacksonville, Florida, on October 8, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Alexander J. Taylor, Esquire
Alison N. Emery, Esquire
Terrance E. Schmidt, Esquire