United States District Court
Middle District of Florida
Jacksonville Division

**ZACHARY C. ENYART,**

    **Plaintiff,**

**v.**                                                  **NO. 3:24-cv-264-LLL**

**VALOR INTELLIGENT PROCESSING, LLC,**

    **Defendant.**

_____

### Order[1] of Dismissal

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice. Doc. 23.

It is **ordered**:

1. The Agreed Stipulation of Dismissal with Prejudice, doc. 23, is **granted;**

2. Under Fed. R. Civ. P. 41, this action is dismissed with prejudice, with each party to bear its own fees and costs; and

3. The Clerk of the Court is directed to **terminate** all pending motions and **close** this case.

---

[1] The parties stipulated to the jurisdiction of a United States Magistrate Judge. Docs. 11, 12.

**Ordered** in Jacksonville, Florida, on November 14, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Alexander J. Taylor, Esquire
Alison N. Emery, Esquire
Terrance E. Schmidt, Esquire

2